USCA1 Opinion

 

 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 96-1550 CHUKWU E. AZUBUKO, Plaintiff, Appellant, v. BOARD OF DIRECTORS, BRITISH AIRWAYS, Defendant, Appellee. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Morris E. Lasker, U.S. District Judge] ___________________ ____________________ Before Torruella, Chief Judge, ___________ Boudin and Lynch, Circuit Judges. ______________ ____________________ Chukwu E. Azubuko on reply brief pro se. _________________ John J. Davis, Bernadette D. Sewell, Morrison, Mahoney & Miller, _____________ _____________________ ___________________________ Diane Westwood Wilson, and Condon & Forsyth on brief for appellee.  _____________________ ________________ ____________________ November 14, 1996 ____________________ Per Curiam. After carefully reviewing the parties' __________ briefs and the record, we affirm the judgment of the district ______ court for essentially the reasons stated in its Opinions and Orders, dated April 26, 1995 and January 30, 1996. See Local Rule 27.1. ___ -2-